# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA ROY ALBRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-00976-PRW |
| | ) |
| GEO GROUP, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court is Magistrate Judge Amanda Maxfield Green's Report and Recommendation (Dkt. 31), recommending that the Court deny Plaintiff's Declaration for Entry of Default (Dkt. 21). Judge Green advised Plaintiff of his right to object to the Report and Recommendation on or before October 30, 2024, and that any failure to object would result in a waiver of the right to appellate review.[1] Plaintiff has filed no objection to the Report and Recommendation.

This Court has reviewed the Report and Recommendation (Dkt. 31) and agrees with the reasoning and conclusions therein. Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 31) in full and **DENIES** Plaintiff's Declaration (Dkt. 21).

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

1

**IT IS SO ORDERED** this 2nd day of January 2025.

                                              PATRICK R. WYRICK
                                              UNITED STATES DISTRICT JUDGE