# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSHUA ROY ALBRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-976-PRW |
| | ) | |
| GEO GROUP, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 26, 2026, United States Magistrate Judge Amanda Leigh Maxfield issued a Report and Recommendation (Dkt. 81) in this action, in which she recommends that the Court deny Plaintiff Joshua Roy Albright's Motion for Summary Judgment (Dkt. 59). Judge Maxfield advised Albright of his right to object to the Report and Recommendation by March 19, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation.

To date, Albright has filed no objections. He has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1] In the absence of a timely objection, the Court reviews the Report and

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

Recommendation to confirm that there is no plain error on the face of the record.[2] Finding none, the Court agrees with Judge Maxfield's analysis and conclusions. Accordingly, the Court **ADOPTS** the Report and Recommendation (Dkt. 81) in full and **DENIES** the Motion for Summary Judgment (Dkt. 59).

     **IT IS SO ORDERED** this 31st day of March 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[2] *Summers v. State of Utah*, 927 F.2d 1165, 1167–68 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").